# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

March 6, 2019

*By the Court:*

No. 17-3543

| | |
|---|---|
| JOHNNIE LEE SAVORY,<br>  *Plaintiff-Appellant,*<br><br>  *v.*<br><br>WILLIAM CANNON, SR., as<br>special representative for Charles<br>Cannon, *et al.*,<br>  *Defendants-Appellees*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 1:17-cv-00204<br><br>Gary Feinerman,<br>*Judge.* |

## O R D E R

The petition for rehearing en banc is **GRANTED**. The opinion and judgment entered by the panel are **VACATED**. Oral argument will be heard on a date to be set by further order.